PROB 12B
(7/93)

Report Date: March 8, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 1 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Russell Kenneth Putnam     Case Number: 2:03CR00125-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 04/15/2004     Type of Supervision: Term of Supervised Release

Original Offense: Conspiracy to Possess With Intent to Distribute Marijuana, 21 U.S.C. § 846     Date Supervision Commenced: 09/30/2004

Original Sentence: Prison - 4 Months; TSR - 24 Months     Date Supervision Expires: 09/29/2006

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> Russell Kenneth Putnam, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).

### CAUSE

The Eastern District of Washington received correspondence from the Central District of California requesting the existing conditions of supervision be modified accordingly. It was noted that the offender has a history of substance abuse, which included positive tests for marijuana metabolites, while on pretrial release. The offender completed outpatient treatment while under supervised release supervision in the Central District of California.

The appeal courts' findings in <u>Stevens</u>, limits the probation officer to three random tests outside treatment, pursuant to 18 U.S.C. § 3583(d). The supervising officer in this case believes that the offender's history warrants continued monitoring for return to illicit drug and/or alcohol use, to provide intervention as needed, and to reduce risk to the community. Consequently, it is recommended that the Court set the maximum number of tests for continued treatment at four per month.

The supervising officer asked the offender if he would waive his rights to a hearing and agree to modifications as described. The offender agreed to waiver his rights and adhere to the conditions as outlined.

Prob 12B
**Re: Putnam, Russell Kenneth**
**March 7, 2006**
**Page 2**

Therefore, it is respectfully recommended that the attached Waiver of Hearing to Modify Conditions of Supervision be adopted requiring Russell Kenneth Putnam to submit up to four urine tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).

Respectfully submitted,

by *Tommy Rosser* (signature)
Tommy Rosser
U.S. Probation Officer
Date: March 8, 2006

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*(signature)*
Signature of Judicial Officer

3/21/06
Date